# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONOIA WADE, an individual, | Case No. 2:25-cv-11866-AB-E |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| ROC NATION LLC; a Delaware limited liability company, | |
| Defendant. | |

The Court **APPROVES** the parties' Stipulation.

Plaintiff may file a First Amended Complaint within 5 days of this Order.

Roc Nation has 30 days from the filing of the First Amended Complaint to respond to the Complaint.

**SO ORDERED.**

Dated: March 16, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE